Kendall Christensen
348 15th Street NW, 98371

11/29/23

Judge Dabney L. Friedrich
U.S. District Court Judge
U.S. District Court/DC
333 Constitution Avenue, NW
Washington, DC

Dear Judge:

I am employed as an employee for Knutson Farm Inc. located in Sumner, WA. I have known Holly and Scott my entire life given they are my parents. Holly is my mother. She has been my role model through everything in life not just because she raised me, but because of her personality and how she raised me. My mom has always excelled in school. Ive heard so many stories growing up of her amazing acheivments. I bring this up because when I think about her raising me, it reminds me of the countless nights that she stayed up helping me with my homework. She has never failed to help me with the things I need even now when I am graduated. I grew up watching my mom help her friends go through divorce, affairs, and much more hard situations in which my mom has stuck through with them until the end. cooking them dinner, watching their children etc. On top of that. The church was a very big part of Hollys life. My mother and father planted a church that was a huge part of our lives up until my dad retired from the pastor position. Without my mom, I wouldnt be who I am today. She has taught me more than school could ever do. Being a 4.0 student, I can contribute my success to my mother. She is my hero and my world for no reason other than being the woman she continues to be today. She is the last person I believe would do things out of malice intent. Thank you.

sincerely,

[signature]