Judge Dabney L. Friedrich. U.S. District Court Judge
U.S. District Court/DC
333 Constitution Avenue, NW Washington, DC

November 30, 2023

Kevin Mensonides, Phone Number: 253-906-9927

Dear Judge:

I am currently serving as the Director of Human Resources for Staffing and School Support for the Puyallup School District in Washington state.

I am writing this letter on behalf of Holly Christensen. I have known Mrs. Christensen for over ten years in several different capacities.

I served as the Assistant Principal of Aylen Junior High School in the Puyallup School District for five years and Principal for nine additional years (2007 – 2021). During my time as a school administrator, Mrs. Christensen's daughters attended Aylen. Mrs. Christensen also served as a paraeducator at Aylen Junior High School during the 2015-16 school year.

Mrs. Christensen's was an excellent paraeducator with a strong work ethic. Her interactions with students and staff were positive and supportive. She consistently contributed positively to the work environment.

Additionally, Mrs. Christensen was fully engaged as a parent and appropriately advocated for her daughters.

I also have known Mrs. Christensen while attending my daughter's select soccer matches. Mrs. Christiansen's daughter is on the team and her husband is the coach. I have engaged with Mrs. Christiansen on many occasions at the soccer matches and practices. She is always supportive of all the athletes, gets along well with the other parents, and demonstrates care and concern for all involved.

In my opinion, no useful purpose will be served by any term of imprisonment for Mrs. Christensen. I believe she should be given lenient treatment because she is a woman of good moral character and a positive and contributing member of the local community.

Respectfully,

Kevin Mensonides