Gillyan Stone<br>
6114 SE Georgetown Pl, Hobe Sound, FL 33455<br>
253-268-6617

28 November 2023

Judge Dabney L. Friedrich
U.S. District Court Judge
U.S. District Court/DC
333 Constitution Avenue, NW
Washington DC

Dear Judge:

    I am an investigative journalist & entrepreneur of my own brand, "The Alabaster Podcast".

    I have known my mother, Holly Christensen, my whole life.

    Holly Christensen has spent the majority of her life, selflessly giving to others. For me, as her child, all of my needs were met without a question. Even when we had no money, my sisters and I always received the very best of everything we ever received. My mother showed up in ways only a mother would understand. Even if she was tired from nights of no sleep, even through sickness that weakened her body, even through times of hardship that she felt that the future would never get better, my mother never stopped showing up with her arms wide and smiles brightly lit for her children. In the years that my sisters and I were in sports, my mother never missed a single game. Ever. Cheering us on, whether we won or lost. Because of my mother, I look back at my life with such gratitude to her, for all that she had done for me. She may not have been the corporate workforce type, but to me and many others writing letters to you, she served in a way that no paycheck could ever repay. Not only did she give her children the very best of herself, but she also did so as the wife of a Pastor. Constantly cooking for the homeless, & going out in the cold rain of Washington to feed them for hours until they left with full bellies, opening our home up to weekly night bible studies, & meeting with women of every walk to genuinely speak light into them, even if she herself had felt her own light go out. Holly Christensen is a role model to all, and I can only hope to be half the mother she has been to me.

    I believe that you should drop every charge, and let Holly Christensen live in peace. If you send Holly Christensen to prison, you would be doing an injustice. She has spent most of her life serving the community, and to imprison her for something that has ruined her livelihood, sleep and wellbeing due to her constant state of remorse, it would be cruel to give her an additional punishment that she will live with, even without imprisonment, for the rest of her life.

Very truly yours,

Gillyan Stone