LaRee J. Welch
845 Vagabond Ave SW
Ocean Shores, WA 98569
253-988-3769

November 30, 2023

Judge Dabney L. Friedrich
U.S. District Court Judge
U.S. District Court/DC
333 Constitution Avenue NW
Washington, DC

Dear Judge:

    I am a retired Special Education Paraeducator.

    I have known Holly for seven years having worked with her and becoming friends.

    Holly is a kind hearted person.  We worked with student with unique needs and she showed great compassion and caring for each student.  She is involved with her church and the many activities of her girls.

    I do not feel it will be a benefit for anyone if she has to serve any imprisonment. She is not a threat to the community.

    I feel she should be given lenient treatment as she is not a threat to anyone and an she is an asset to her family and community.  It would hurt her family as she would not be there to raise her daughter at an important time of her life.

Very truly yours,

LaRee J. Welch